UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LAWRENCE GUGLIARA,

                Plaintiff,

-against-

JAMES JONES, JOMUAL WILLIAMS,
ESTEBAN BURGHER, SOLOMON
OKE, GREPORY SMALLS, CAPTIAN
DAVID WILLIAMS, and SERGEANT
ANA HERNANDEZ,

                Defendant.
----------------------------------------------------------------X

**ORDER**

**08-CV-909 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

The Report and Recommendation ("R&R") of Magistrate Judge Lois Bloom dated July 12, 2010 (Docket Entry #40), though unopposed, has been reviewed by the court and is hereby adopted in its entirety. Accordingly, Plaintiff's action is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: Brooklyn, New York
       August __, 2010

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS
United States District Judge